UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Amy Korina Arteaga-Espinoza,<br><br>Defendant. | CASE NO.:   21CR3496-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for January 28, 2022 at 1:30 p.m., be continued to February 25, 2022 at 1:30 p.m. It is further ordered that the time between January 28, 2022 and February 25, 2022, is excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) and in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge