UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>AMY ARTEAGA-ESPINOZA,<br><br>        Defendant. | CASE NO.: 21CR3496-JLS<br><br>**ORDER TO EXTEND SELF-SURRENDER DATE** |

Upon unopposed motion of the defendant, and good cause appearing, **IT IS HEREBY ORDERED** that the self-surrender date set for October 28, 2022 is extended to November 4, 2022. Ms. Arteaga must surrender for service of sentence at the institution designated by the Bureau of Prisons on or before noon on November 4, 2022. The November 4, 2022 hearing to exonerate bond is also therefore reset for November 10, 2022 at 9 a.m.

All other conditions ordered in Ms. Arteaga's pretrial release order (Docket Nos. 5, 9, 10) and this Court's judgment (Docket No. 45) remain as previously imposed.

**IT IS SO ORDERED**.

Dated: October 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge